```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 08 B 00693
    DAVOR KRALJ
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-0908

-----------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 01/13/2008 and was not confirmed.

     The case was dismissed without confirmation 03/05/2008.
-----------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
-----------------------------------------------------------------------------
ASSET ACCEPTANCE LLC      UNSECURED            518.46         .00            .00
ASSET ACCEPTANCE LLC      UNSECURED             54.15         .00            .00
TRIAD FINANCIAL CORP      UNSECURED           9279.73         .00            .00
CHASE HOME FINANCE        CURRENT MORTG          .00          .00            .00
CHASE HOME FINANCE        SECURED NOT I      24573.71         .00            .00
SWEDISH COVENANT HOSPITA  UNSECURED           2204.73         .00            .00
COMCAST CABLE COMMUNICAT  UNSECURED            532.01         .00            .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY            .00                         .00
TOM VAUGHN                TRUSTEE                                            .00
DEBTOR REFUND             REFUND                                             .00

         Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                          RECEIPTS         DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                        .00
SECURED                                         .00
UNSECURED                                       .00
ADMINISTRATIVE                                  .00
TRUSTEE COMPENSATION                            .00
DEBTOR REFUND                                   .00
                       ---------------    ---------------
TOTALS                       .00                .00
```

          PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 08 B 00693 DAVOR KRALJ

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 06/25/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```